THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANKLIN NATIONAL BANK OF FRANKLIN SQUARE, Appellant.

Submitted May 24, 1954; decided May 27, 1954.

Motion to amend remittitur granted. Return of remittitur requested and remittitur, when returned, will be amended to read as follows: Judgment of Appellate Division reversed and that of Special Term affirmed, with costs in this court and in the Appellate Division. [See 305 N. Y. 453; 347 U. S. 373.]

RENEE POLLARD, by WILLIAM C. POLLARD, Her Guardian ad Litem, Appellant, *v.* BOARD OF EDUCATION, BARKER CENTRAL SCHOOL DISTRICT, Respondent.

Submitted May 17, 1954; decided May 27, 1954.

*James P. Degnan* for motion.

*John R. Phelps* opposed.

Motion granted upon payment of $10 costs, and upon the condition that the return be filed by appellant within twenty days from the date of this order.